FILED CRH

2020 MAR 19 PH 1:27

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:20-cr-137-T-02 TGW

18 U.S.C. § 922(g)(1)

RAYQUAN RAINEY,
a/k/a "Ray Ray"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 25, 2019, in the Middle District of Florida, the

defendant,

RAYQUAN RAINEY,
a/k/a "Ray Ray"

knowing he had been previously convicted in any court of a crime punishable

by imprisonment for a term exceeding one year, including:

a. **Fleeing to Elude a Law Enforcement Officer with Lights and Sirens** (2017); and

b. **Grand Theft Motor Vehicle** (2016).

did knowingly possess, in and affecting interstate commerce, ammunition,

that is, approximately nine rounds of Winchester, .40-caliber, Smith &

Wesson ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

(12)

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation. The property to be forfeited includes nine rounds of Winchester, .40-caliber, Smith & Wesson ammunition.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

3

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## RAYQUAN RAINEY,
a/k/a "Ray Ray"

## INDICTMENT

Violations:  Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 19th day
of March, 2020.

_____
Clerk

Bail $_____

GPO 863 525