**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                  Case No.: 8:20-cr-137-T-02TGW

RAYQUAN RAINEY

_____

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The defendant, Rayquan Rainey, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Thomas G. Wilson on September 17, 2020. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1.     That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2.     That the defendant, Rayquan Rainey, be adjudicated guilty as to Count One of the Indictment.

3.     That sentencing be scheduled for *December 11, 2020, at 1:30 PM.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 5th day of October, 2020.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record
                U.S. Pretrial Services
                U.S. Probation Office
                U.S. Marshal Service