UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,        Case No. 8:20-cr-137-T-02TGW

      Plaintiff,        ☐
      Government        ☒        ☐ Evidentiary
                                 ☐ Trial
                                 ☒ Other

v.

RAYQUAN RAINEY

      Defendant        ☐

# UNITED STATES OF AMERICA'S EXHIBIT LIST FOR SENTENCING HEARING

| Exhibit Number | Date Identified | Date Admitted | Discovery Identification | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | Natives, 1st Discovery Production / Cabana Sands Entrance; CH07_2019-12-26_002118_2019-12-26_002941_ID6816.AVI | Video of failed attempt to enter Cabana Sands |
| 2 | | | Natives, 1st Discovery Production / Cabana Sands Entrance; CH07_2019-12-26_002941_2019-12-26_003805_ID7366.AVI | Video of firearm seizure at Cabana Sands entrance |
| 3 | | | Natives, 1st Discovery Production / Cabana Sands Entrance; CH07_2019-12-26_005451_2019-12-26_010315_ID6345 | Video of fight outside Cabana Sands |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Discovery Identification | Description of Exhibit |
|---|---|---|---|---|
| | | | | |