# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:20-cr-00137-WFJ-TGW**

**RAYQUAN RAINEY**

_____/

## DEFENDANT'S WAIVER OF A PRELIMINARY HEARING

The Defendant, Rayquan Rainey, by and through his attorney, pursuant to Fed. R. Crim. P. 32.1(b)(1), knowingly, voluntarily and with the advice of counsel, waives his right to a preliminary hearing to determine whether there is probable cause to support the allegations in the petition for violations of supervised release conditions, which is currently set for this Friday, June 20, 2025. Doc. 69. The Court should enter a finding of probable cause as to the allegations in the petition and cancel Friday's hearing. Counsel has conferred with AUSA Brooke Padgett regarding Mr. Rainey's waiver. The Court ordered briefing in advance of the hearing. Doc. 70. In light of Mr. Rainey's waiver, it's requested that the Court's briefing schedule be stricken as moot.

WHEREFORE, Mr. Rainey respectfully requests that this Court accept his waiver of a preliminary hearing, make the necessary probable cause finding to support the allegations in the petition for violations of supervised release

1

conditions, cancel the hearing scheduled for June 20, 2025, and strike the briefing schedule as moot.

Respectfully submitted June 17, 2025.

**A. FITZGERALD HALL, ESQ.**
**FEDERAL DEFENDER**

*/s/ Stephen Consuegra*
Stephen Consuegra, Esq.
Florida Bar No. 105816
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2025, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Brooke Michelle Padgett

*/s/ Stephen Consuegra*
Stephen Consuegra, Esq.
Assistant Federal Defender