**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                    **Case No.: 8:20-cr-137-WFJ-TGW-1**


**RAYQUAN RAINEY** _____ **/**

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Rayquan Rainey, in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant, and to withdraw the name of Stephen Consuegra, Assistant Federal Defender, as notice counsel for the Defendant.

Respectfully submitted this 18th day of June 2025,

> A. FITZGERALD HALL, ESQ.
> FEDERAL DEFENDER
>
> */s/ Ryan J. Maguire*
> Ryan J. Maguire, Esq.
> Assistant Federal Defender
> Florida Bar No. 117534
> 400 North Tampa St. Suite 2700
> Tampa, FL 33602
> Telephone: (813) 228-2715
> Facsimile: (813) 228-2562
> Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th day of June 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Natalie Hirt Adams, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender