UNITED STATES OF AMERICA,

v.                                      **Case No.: 8:20-cr-137-WFJ-TGW-1**

<u>RAYQUAN RAINEY</u>                    **/**

### <u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE<br>FINAL REVOCATION HEARING</u>

The Defendant, Rayquan Rainey, through undersigned counsel, pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing set July 11, 2025, for a period of 90 days to a date that's convenient to this Court. As grounds in support thereof, Mr. Rainey states the following:

1.     On June 16, 2025, Mr. Rayquan Rainey was charged with alleged violations of the conditions of his supervised release and made his initial appearance on petition. Doc.67. Mr. Rainey was detained, and the final revocation hearing is set for July 11, 2025. Docs. 67 and 74.

2.     This is the first continuance requested in this matter.

3.     Defense anticipate additional discovery material pertaining charges in case 8:25-cr-106-VMC-AAS that has yet to be resolved and require additional time to review the discovery material once in receipt. Undersigned counsel therefore respectfully requests a three (3) month continuance of the

final revocation hearing.

4.    Undersigned has conferred with Assistant United States Attorney, Brooke Padgett, in this case, and she has advised the government has no objection to the requested continuance.

5.    Mr. Rainey is detained and is in agreement with this motion.

<b>MEMORANDUM OF LAW</b>

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally, Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that the aforementioned reasons are a good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Rayquan Rainey respectfully moves this Honorable Court to enter an Order continuing the final revocation hearing for a period of 90 days.

Respectfully submitted this 1st day of July 2025,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.

Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Brooke Padgett, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender