**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                        **Case No.: 8:20-cr-137-WFJ-TGW-1**


**RAYQUAN RAINEY** _____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING

The Defendant, Rayquan Rainey, through undersigned counsel, pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing set March 13, 2026, to June 2026. As grounds in support thereof, Mr. Rainey states the following:

1.      On June 16, 2025, Mr. Rayquan Rainey was charged with alleged violations of the conditions of his supervised release, made his initial appearance on petition, whereafter Mr. Rainey was detained. Doc. 67.

2.      The final revocation hearing is currently set for March 13, 2026. Doc. 81.

3.      This is the third continuance requested in this matter.

4.      Mr. Rainey's other federal matter is set for May 2026. [1]

5.      Undersigned counsel therefore respectfully requests a continuance

---

[1] *See United States v. Rainey*, 8:25-cr-106-VMC-AAS.

of the final revocation hearing to June 2026.

6.  Undersigned has conferred with Assistant United States Attorney, Brooke Padgett, in this case, and she has advised the government has no objection to the requested continuance.

7.  Mr. Rainey is detained and is in agreement with this motion.

**MEMORANDUM OF LAW**

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally, Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that the aforementioned reasons are a good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Rayquan Rainey respectfully moves this Honorable Court to enter an Order continuing the final revocation hearing to a convenient date for this Court in June 2026.

Respectfully submitted this 11th day of February 2026,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Brooke Padgett, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender

4